IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VERTIS ANTHONY, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv618-MHT |
| | ) | (WO) |
| LOUIS BOYD, et al., | ) | |
| | ) | |
|    Respondents. | ) | |

ORDER

Upon consideration of petitioner's motion for re-hearing (doc. no. 58), it is ORDERED that the motion is denied.

DONE, this the 13th day of October, 2017.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**